## TEESE COTTON CO. v. RAINS.

No. 5860.   Opinion Filed November 16, 1915.

(153 Pac. 63.)

**APPEAL AND ERROR — Service of Case-Made — Dismissal.** Where. a case-made is not served upon opposing counsel within the time allowed by law or an order of the trial court for serving the same, this court cannot consider any errors occurring at the trial; and, no error appearing in the record, the appeal should be dismissed.

(Syllabus by Rummons, C.)

*Error from County Court, Payne County;*
*W. H. Wilcox, Judge.*

Action by John Rains against the Teese Cotton Company, a corporation. Judgment for plaintiff, and defendant brings error. Dismissed.

*Orton & McNeill,* for plaintiff in error.

*Robt. A. Lowry,* for defendant in error.

Opinion by RUMMONS, C.   This cause comes on upon a motion of defendant in error to dismiss the appeal for the reason that the case-made was not served within the time allowed by the trial judge, and for the reason that no briefs have been filed by the plaintiff in error. The record discloses that on June 6, 1913, the trial court extended the time within which plaintiff in error was to make and serve case-made to 60 days from that date, and thereafter and within said 60 days extended such time 30 additional days. The case-made was served on counsel for defendant in error on September 6, 1913; the time for serving same having expired on September 4, 1913. For this reason we are without jurisdiction to review this case upon the case-made. No briefs having been filed by

plaintiff in error, our attention is not challenged to any error in the record, and we have not. been able to discover any.

The appeal should therefore be dismissed.

By the Court: It is so ordered.